SMITH and another, Respondents, vs. BROWN, Appellant.

*June 9—July 8, 1922.*

*Hospitals: Services rendered: Compensation.*

In an action to recover hospital charges for treatment of a minor employed by the defendant, a verdict and judgment for the plaintiffs are affirmed.

APPEAL from a judgment of the circuit court for Sauk county: JAMES O'NEILL, Judge. *Affirmed.*

Defendant, a farmer, had in his employ one Squires, a minor, who was badly injured by accident while so employed. Defendant took the boy to a hospital operated by plaintiffs for treatment. Plaintiffs claim that defendant became responsible for the hospital charges, which defendant denies.

The testimony of the plaintiff *Smith* was to the effect that

defendant brought the boy to the hospital, and after he had been given first aid defendant said to plaintiff, "Take good care of the patient; give him everything he requires, and I will pay the expenses." There was corroborating testimony to the same effect. Plaintiffs, relying on such statement, rendered bills to defendant, on which he made payments in January, February, March, and May. Later a bill was rendered for the balance of such charges, which the defendant refused to pay, and the plaintiffs brought this action. Case tried before a court and jury, special verdict finding for plaintiffs, and judgment entered thereon accordingly.

*V. H. Cady* of Baraboo, for the appellant.

For the respondents there was a brief by *Grotophorst & Quale* of Baraboo, and oral argument by *Norman Quale.*

CROWNHART, J. Defendant assigns as errors: admission of improper evidence, and rejection of evidence offered by the defendant; in the form of special verdict submitted to the jury, and in the charge to the jury. Other formal errors are assigned.

We have examined the case and briefs of counsel with care, and conclude that the case was properly submitted to the jury, and that the finding of the jury and the judgment thereon cannot be disturbed.

There are no questions involved, treatment of which would specially serve the profession, and for this reason we content ourselves with affirmance of the judgment.

*By the Court.*—Judgment affirmed.